No. 10-8873. Jelani Solomon, Petitioner v. United States.

562 U.S. 1279, 131 S. Ct. 1622, 179 L. Ed. 2d 516, 2011 U.S. LEXIS 1938, ■

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 387 Fed. Appx. 258.

No. 10-8878. Eligia Junior Martin, Petitioner v. United States.

562 U.S. 1279, 131 S. Ct. 1622, 179 L. Ed. 2d 516, 2011 U.S. LEXIS 2066.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 399 Fed. Appx. 813.

No. 10-8882. Douglas Durrett, Petitioner v. United States.

562 U.S. 1279, 131 S. Ct. 1622, 179 L. Ed. 2d 516, 2011 U.S. LEXIS 1999.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 950.

No. 10-589. Idaho, Petitioner v. Dale Carter Shackelford.

562 U.S. 1279, 131 S. Ct. 1601, 179 L. Ed. 2d 516, 2011 U.S. LEXIS 1924.

March 7, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 150 Idaho 355, 247 P.3d 582.

No. 10-718. Missouri, Petitioner v. David T. Garcia.

562 U.S. 1279, 131 S. Ct. 1603, 179 L. Ed. 2d 516, 2011 U.S. LEXIS 2065.

March 7, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 316 S.W.3d 907.